UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE REILLY and VITO GIACHETTI, as Co-Chairmen of the Boards of Trustees of the PLUMBERS LOCAL UNION NO. 1 WELFARE FUND, ADDITIONAL SECURITY BENEFIT FUND, VACATION & HOLIDAY FUND, TRADE EDUCATION FUND AND 401(k) SAVINGS PLAN, MARTIN MADDALONI and CHARLES CARLSON, as Co-Chairmen of the Board of Trustees of the PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, LAWRENCE MAZZOLA and SMITTY BELCHER, as Co-Chairmen of the Board of Trustees of the INTERNATIONAL TRAINING FUND and GEORGE REILLY, as Business Manager of LOCAL UNION NO. 1 OF THE UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA,<br><br>Plaintiffs,<br><br>-against-<br><br>NCZ PLUMBING & HEATING LTD., DRAKE ZARNIN and SEABOARD SURETY CO.,<br><br>Defendants. | 04 Civ. 5707 (DGT)<br><br>**DEFAULT JUDGMENT**<br><br> APR 22 2005 |

The summons and Complaint in this action having been duly served on the above-named defendant NCZ Plumbing & Heating LTD., and said defendant having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of default judgment.

NOW, on the motion of Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC, attorneys for plaintiffs, it is hereby

ORDERED AND ADJUDGED, that plaintiffs GEORGE REILLY and VITO GIACHETTI, as Co-Chairmen of the Boards of Trustees of the PLUMBERS LOCAL

UNION NO. 1 WELFARE FUND, ADDITIONAL SECURITY BENEFIT FUND, VACATION & HOLIDAY FUND, TRADE EDUCATION FUND AND 401(k) SAVINGS PLAN, MARTIN MADDALONI and CHARLES CARLSON, as Co-Chairmen of the Board of Trustees of the PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, LAWRENCE MAZZOLA and SMITTY BELCHER, as Co-Chairmen of the Board of Trustees of the INTERNATIONAL TRAINING FUND and GEORGE REILLY, as Business Manager of LOCAL UNION NO. 1 OF THE UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA do recover of NCZ PLUMBING & HEATING LTD., the defendant residing at 303 East 91st Street, New York, New York 10128, the sum of $206,350.84 for delinquent contributions, plus interest in the sum of $16,987.82, liquidated damages in the sum of $65,214.76, lost earnings in the sum of $956.72, attorneys' fees in the sum of $14,120.66 and court fee in the sum of $150.00, amounting in all to the sum of $303,780.80, plus interest at the legal rate in effect on the date of this judgment; and that the plaintiffs have execution therefor.

Judgment dated: June 10, 2005

By: s/David G. Trager